# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music Inc., et al., | No. CV-15-00363-PHX-SRB (DKD) |
| Plaintiffs, | **ORDER** |
| v. | |
| Moonshine Group, LLC, et al. | |
| Defendants. | |

Plaintiffs filed their Complaint on February 27, 2015 and filed a Notice of Completion of Alternate Service on July 1, 2015. No answers or other appearances were made by any Defendant. The Clerk entered default on October 28, 2015. Plaintiffs moved for entry of default judgment on November 2, 2015. On December 8, 2015 the Magistrate Judge issued his Report and Recommendation recommending that Plaintiffs Motion for Default Judgment be granted. No objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 29)

**IT IS FURTHER ORDERED** granting Plaintiffs' Motion for Default Judgment. (Doc. 24)

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment as follows:

/ / /

1. Plaintiffs shall have and recover from Moonshine Group LLC, Kristopher Aaron Michell, Benjamin Aaron Levine, and Lars S. Havens, jointly and severally, statutory damages in the amount of **$28,000.00** ($4,000 per infringement for each of the seven willful copyright infringements committed by Defendants).

2. Plaintiffs shall have and recover from Moonshine Group LLC, Kristopher Aaron Michell, Benjamin Aaron Levine, and Lars S. Havens, jointly and severally, **$19,565.00** in attorneys' fees, as this amount as supported by Plaintiffs' counsel's Affidavit demonstrating that his hourly fee is consistent with the prevailing market rate and that the specific time entries were for tasks reasonably incurred.

3. Plaintiffs shall have and recover from Moonshine Group LLC, Kristopher Aaron Michell, Benjamin Aaron Levine, and Lars S. Havens, jointly and severally, **$875.60** in taxable costs.

4. Plaintiffs shall have and recover statutory interest on all amounts herein, from the date of entry of this Judgment.

5. Moonshine Group LLC, Kristopher Aaron Michell, Benjamin Aaron Levine, and Lars S. Havens, and their respective officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, are hereby permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc. Information pertaining to said, licensed musical compositions can be found at www.bmi.com.

6. This Court shall retain jurisdiction for purpose of enforcing this Judgment.

Dated this 29th day of December, 2015.

_____
Susan R. Bolton
United States District Judge